FILED

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0294

# IN THE SUPREME COURT OF THE STATE OF MONTANA

**\*\*\*\*\***

| | |
|---|---|
| CREATIVE GAMES STUDIO LLC and RICARDO BACH CATER | ) ) ) |
| | ) |
| *Appellants,* | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL ALVES | ) |
| | ) |
| *Appellee.* | ) |
| | ) |

**SUPREME COURT NO. DA 23-0294**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

AND NOW, upon consideration of Appellants', Creative Games Studio LLC and Ricardo Bach Cater, Unopposed Motion for Extension of Time, and good cause shown, it is hereby ORDERED that Appellants' Motion is GRANTED.

IT IS FURTHER ORDERED that Appellants' deadline on which to file its opening brief is October 13, 2023.

By: _____
        CLERK OF COURT

**MOTION FOR EXTENSION OF TIME**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2023